Appeal dismissed on motion of counsel for Appellant.

*McGill & McGill,* for Appellant;

*David Kaufman,* for Appellee.

---

John Cray, Petitioner, v. M. A. McMullen, as Circuit Judge, Respondent.

A case of original jurisdiction.

Alternative Writ of Mandamus dismissed on motion of counsel for Petitioner.

*Thomas Palmer* and *W. B. Dickenson,* for Petitioner.

---

Fidelity and Deposit Company, of Maryland, a corporation, Plaintiff in Error, v. T. S. Chamberlain, Defendant in Error.

A Writ of Error to the Circuit Court for Hillsborough County.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Thomas E. Lucas* and *Henry E. Williams,* for Plaintiff in Error.

*Frank T. Phillips,* for Defendant in Error.